UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC EUGENE LOBDELL,<br><br>Defendant. | CR15-394 TSZ<br><br>ORDER |

THIS MATTER having come before the Court on the parties' stipulated motion to continue trial and pretrial motions dates, docket no. 27, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by defendant, the arguments of counsel at the hearing on May 13, 2016, and the records and files herein, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendants in a speedy trial.  The Court further finds that

    1.    A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the

ORDER - 1

failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from June 6, 2016, to October 31, 2016. The government is DIRECTED to inform the defendant if they anticipate calling any experts on or before Monday, June 6, 2016. Any pretrial motions relating to any search warrant or any Miranda issues are to be filed no later than August 19, 2016. Any other pretrial motions are to be filed no later than September 9, 2016. No later than August 19, 2016, the parties shall file a Joint Status Report regarding the status of discovery, the disclosure of any experts expected to testify at trial, and the number of trial days required.

IT IS FURTHER ORDERED that the resulting period of delay from the current trial date of June 6, 2016, until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated this 16th day of May, 2016.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2