The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC EUGENE LOBDELL,<br><br>Defendant. | No. CR15-394-TSZ<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture, docket no. 57, ("Motion") for the following property:

1. One eMachine desktop computer;
2. One PNY thumb drive;
3. One Cyberton desktop computer; and,
4. Any and all visual depictions and/or images of minor children engaged in sexually explicit conduct, in whatever form and however stored.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

Final Order of Forfeiture - 1
*U.S. v. Lobdell,* CR16-394-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the plea agreement he entered on August 30, 2016, Defendant Eric Eugene Lobdell ("the Defendant") forfeited his interest in the above-listed property pursuant to 18 U.S.C. § 2253 (Dkt. No. 37, ¶ 6);

- On November 29, 2016, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's right, title, and interest in it (Dkt. No. 43);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 44) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

IT IS SO ORDERED.

DATED this 7th day of April, 2017.

_____
Thomas S. Zilly
United States District Judge

Final Order of Forfeiture - 2
U.S. v. Lobdell, CR16-394-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s Michelle Jensen*
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*U.S. v. Lobdell,* CR16-394-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970